NOVEMBER 29, 2011

No. 11–5683. DORSEY v. UNITED STATES; and

No. 11–5721. HILL v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1057.] Miguel A. Estrada, Esq., of Washington, D. C., is invited to brief and argue these cases as *amicus curiae* in support of the judgments below.

DECEMBER 5, 2011

No. 11–6648. ZABRISKIE v. 7–11, INC., ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6705. DOWNS v. URIBE, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6706. DOWNS v. URIBE, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11M46. ALMERFEDI v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file petition for writ of certiorari under seal granted.

No. 10–11159. JOHNSON v. CHARLES ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 805] denied.

No. 11–5102. KLEIN v. TALKIN, MUCCIGROSSO & ROBERTS, L. L. P. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 812] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–5146. JOHNSON v. WELLMAN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 805] denied.